IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Skidmore, Michael A | Case Number: 04 B 35098 |
|---|---|---|
| | Skidmore, Antoinette M | Judge: Goldgar, A. Benjamin |
| | Printed: 7/8/08 | Filed: 9/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: May 30, 2008
Confirmed: November 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,270.00 | |
| Secured: | | 11,789.32 |
| Unsecured: | | 5,409.32 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 1,056.19 |
| Other Funds: | | 15.17 |
| Totals: | 20,270.00 | 20,270.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 272.86 | 272.86 |
| 4. | General Motors Acceptance Corp | Secured | 11,516.46 | 11,516.46 |
| 5. | RoundUp Funding LLC | Unsecured | 483.93 | 483.93 |
| 6. | Resurgent Capital Services | Unsecured | 42.33 | 42.33 |
| 7. | General Motors Acceptance Corp | Unsecured | 112.83 | 112.83 |
| 8. | ECast Settlement Corp | Unsecured | 482.34 | 482.34 |
| 9. | ECast Settlement Corp | Unsecured | 71.95 | 71.95 |
| 10. | Aspire Visa | Unsecured | 79.22 | 79.22 |
| 11. | Resurgent Capital Services | Unsecured | 216.24 | 216.24 |
| 12. | Resurgent Capital Services | Unsecured | 204.26 | 204.26 |
| 13. | West Suburban Hospital | Unsecured | 46.07 | 46.07 |
| 14. | Resurgent Capital Services | Unsecured | 33.60 | 33.60 |
| 15. | American General Finance | Unsecured | 195.00 | 0.00 |
| 16. | Capital One | Unsecured | 100.62 | 100.62 |
| 17. | American General Finance | Unsecured | 304.27 | 304.27 |
| 18. | Capital One | Unsecured | 385.22 | 385.22 |
| 19. | Resurgent Capital Services | Unsecured | 219.57 | 219.57 |
| 20. | Discover Financial Services | Unsecured | 1,027.28 | 1,027.28 |
| 21. | ECast Settlement Corp | Unsecured | 1,196.72 | 1,196.72 |
| 22. | ECast Settlement Corp | Unsecured | 248.73 | 248.73 |
| 23. | Capital One | Unsecured | 65.88 | 65.88 |
| 24. | Capital One | Unsecured | 88.26 | 88.26 |
| 25. | Wells Fargo Fin Acceptance | Unsecured | 208.89 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Skidmore, Michael A | Case Number: 04 B 35098 |
|---|---|---|
| | Skidmore, Antoinette M | Judge: Goldgar, A. Benjamin |
| | Printed: 7/8/08 | Filed: 9/22/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Action Card | Unsecured | | No Claim Filed |
| 27. | TRS Services | Unsecured | | No Claim Filed |
| 28. | Bank One | Unsecured | | No Claim Filed |
| 29. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 30. | Check Protection System | Unsecured | | No Claim Filed |
| 31. | DJ Orthopedics | Unsecured | | No Claim Filed |
| 32. | Dr Bradley Gordon | Unsecured | | No Claim Filed |
| 33. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 34. | Forest Park National Bank | Unsecured | | No Claim Filed |
| 35. | West Lake Hospital | Unsecured | | No Claim Filed |
| 36. | Household Credit Services | Unsecured | | No Claim Filed |
| 37. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 38. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 39. | Midwest Orthopaedics | Unsecured | | No Claim Filed |
| 40. | Action Card | Unsecured | | No Claim Filed |
| 41. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 42. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |
| 43. | Exxon Mobil | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,602.53 | $ 19,198.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 153.99 |
| 4% | 56.87 |
| 3% | 43.02 |
| 5.5% | 234.50 |
| 5% | 71.83 |
| 4.8% | 136.79 |
| 5.4% | 359.19 |
| | _____ |
| | $ 1,056.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____